AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Doris Ross
_____
NAME OF DEBTOR

CASE NO. 22-50029

5801 Rock Springs Road
_____
ADDRESS

TELEPHONE NO. 770-323-7249

Lithonia, GA 30038
_____
CITY, STATE, ZIP

## PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:    YES ☐    NO ☑**

Filed in U.S. Bankruptcy Court
Atlanta, Georgia

JAN 13 2022

M. Regina Thomas, Clerk
By:_____
Deputy Clerk

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____              _____
CITY, STATE, ZIP CODE                         TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:    YES ☐    NO ☑    IF "YES", HOW MUCH ($_____)**

Have you filed a bankruptcy case in the past?
**ANSWER:    YES ☑    NO ☐**

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
_____

_____
Doris Ross
PRO SE PETITIONER

Subscribed and sworn to before me on the 10th day of January, 2022

_____
NOTARY PUBLIC

_____
DEPUTY CLERK

SONJI F GARDNER
NOTARY PUBLIC
EXPIRES
GEORGIA
08-24-2025
HENRY COUNTY

F61 (psafd004/04

Doris Ross
5801 Rock Springs Rd.
Lithonia, Ga 30038

**CERTIFIED MAIL**

7020 1810 0000 0599 6710



U.S. POSTAGE PAID
FCM LETTER
LITHONIA, GA
30058
JAN 10, 22
AMOUNT

**$4.33**

30303

R2305K136957-30



United States Bankruptcy Court

75 Ted Turner Drive

Room

Atlanta, Ga, 30303

CLEARED
JAN 13 2022
U.S. Marshals Service
Atlanta, GA

CLEARED
JAN 13 2022
U.S. Marshals Service
Atlanta, GA

3030383329 C039