**IT IS ORDERED as set forth below:**

Date: January 27, 2022

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN RE: | CASE NO. 22-50029-JWC |
|---|---|
| DORIS ROSS, | CHAPTER 13 |
| Debtor. | |

### ORDER

**THIS MATTER** is before the Court on the Debtor's motion for extension of time to file documents (the "Motion") (Doc. No. 14). Debtor filed for relief under chapter 13 of the Bankruptcy Code on January 3, 2022. Pursuant to the Order Setting Deadlines for Debtor to Correct Filing Deficiency(ies) (Doc. No. 5) Debtor's Statement of Financial Affairs, Schedules, chapter 13 Plan, and other documents were due on January 18, 2022. Debtor filed the Motion on

January 21, 2022, seeking a thirty-day extension of time to file all missing documents. The Motion states Debtor needs additional time due to the expedited nature of the filing and unforeseen circumstances related to the COVID-19 pandemic but provides no further information or reason for an extension. Bankruptcy Rule 1007(c) provides that the Court may grant an extension of time for filing schedules only on motion, for cause shown, and with appropriate notice. Bankruptcy Rule 9006(b)(1) provides that the Court may grant a motion to extend filed after the expiration of the specified period if the failure to act was due to excusable neglect. The Motion gives no explanation why Debtor waited until after the deadline to seek additional time and little explanation of why additional time is needed to file the documents. The Motion fails to establish cause or excusable neglect to extend the deadline. Further, Debtor's meeting of creditors is scheduled for February 3, 2022, and documents must be filed prior to that meeting for the trustee and creditors to review. Accordingly,

    **IT IS ORDERED** that the Motion be, and is hereby, **DENIED**. Debtor must file all outstanding documents immediately.

    The Clerk of Court is directed to serve a copy of this Order upon Debtor, Debtor's Counsel (if any), and the chapter 13 trustee.

**END OF DOCUMENT**